IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Gary D. Hammond, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| v. | : | Case No. 2:09-cv-262 |
| Judge Dean L. Wilson, | : | JUDGE SARGUS |
| Defendant. | : | |

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on April 30, 2009. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The application to proceed in forma pauperis is granted. The complaint is dismissed as frivolous and for failure to state a claim. The Clerk shall mail a copy of the complaint, the Report and Recommendation, and this dismissal order to the defendant.

Date: 6-4-2009

Edmund A. Sargus, Jr.
United States District Judge