AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**GARY D. HAMMOND,**
    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**JUDGE DEAN L. WILSON,**     **CASE NO. C2-09-262**
    **Defendant.**     **JUDGE EDMUND A. SARGUS, JR.**
        **MAGISTRATE JUDGE TERENCE P. KEMP**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed June 4, 2009, JUDGMENT is hereby entered DISMISSING this action.**

Date: June 4, 2009         JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk